CANDLE ARTISANS, INC.,
Plaintiff–Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Deanna Tanner Okun, Chairman, and Bureau of Customs and Border Protection, Robert C. Bonner, Commissioner, Defendants–Appellees.

No. 05–1231.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2005.

Before MAYER, RADER, and DYK, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.